Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor



Order Filed on April 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Dawn M DeVico aka Dawne M DeVico,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 18-21265-ABA<br><br>Hearing Date: April 16, 2019 at 10:00am<br><br>Judge: Andrew B. Altenburg Jr |
|---|---|

**ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: April 16, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Dawn M DeVico |
| Case No.: | 18-21265-ABA |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 8 Saddle Drive, Cape May Court House, NJ 08210;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).