Melissa Licker
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

Order Filed on April 16, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dawn M DeVico aka Dawne M DeVico, | Case No. 18-21265-ABA |
| | Hearing Date: April 16, 2019 at 10:00am |
| Debtor. | Judge: Andrew B. Altenburg Jr |

**ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: April 16, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Dawn M DeVico |
| Case No.: | 18-21265-ABA |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY** |

THIS MATTER having been opened to the Court upon the motion of U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant") for an Order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a) and 11 U.S.C. § 1301(c), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c), to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 8 Saddle Drive, Cape May Court House, NJ 08210;

2. Movant may join as defendants in said foreclosure action the Debtor and/or any trustee appointed in this case, irrespective of whether the Debtor's case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtor or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtor as required by F.R.B.P. 3002.1(b) and (c).

United States Bankruptcy Court
District of New Jersey

In re:  
Dawn M DeVico  
    Debtor

Case No. 18-21265-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 16, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.  
db          +Dawn M DeVico,    8 Saddlewood Dr.,    Cape May Court House, NJ 08210-3804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:

       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Kevin Gordon McDonald    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 bkyefile@rasflaw.com  
       Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
       Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@McCalla.com  
       Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 as serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@McCalla.com  
       Seymour Wasserstrum    on behalf of Debtor Dawn M DeVico mylawyer7@aol.com,    ecf@seymourlaw.net  
       Sindi Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 smncina@rascrane.com  
       Sindi Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 smncina@rascrane.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 10