Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−21265−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dawn M DeVico
aka Dawne M DeVico
8 Saddlewood Dr.
Cape May Court House, NJ 08210

Social Security No.:
xxx−xx−5652

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/29/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 29, 2019
JAN: ml

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                      District of New Jersey

In re:                                                                              Case No. 18-21265-ABA
Dawn M DeVico                                                                       Chapter 13
         Debtor                          CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                   Page 1 of 2           Date Rcvd: Apr 29, 2019
                                Form ID: 148                  Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db             +Dawn M DeVico,    8 Saddlewood Dr.,    Cape May Court House, NJ 08210-3804
cr             +U.S. Bank National Association, as Trustee for Gre,    RAS Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
517571297      +Affirm INC,    PO Box 720,    San Francisco, CA 94104-0720
517592895      +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
517571305      +Helmer, Conley & Kasselman, PA,    111 White Horse Pike,    Haddon Heights, NJ 08035-1909
517571309     #+McCalla Raymer Leibert Pierce LLC,    99 Wood Street Suite 803,    Iselin, NJ 08830-2713
517571311      +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517608672     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   Nationstar Mortgage LLC,    Bankruptcy Department,    PO Box 619096,
                 Dallas, Texas 75261-9741)
517571312       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
517571314      +Rickart Collection Systemes,    575 Milltown Rd, Po Box 7242,    c/o atlantic city electric,
                 North Brunswick, NJ 08902-7242
517571315     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517571316       The CBE Group,    PO Box 2217,    Waterloo, IA 50704-2217
517955898      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,    KML Law Group, P.C.,    216 Haddon Ave., Suite 406,
                 Westmont, NJ 08108-2812
517642586      +U.S. Bank National Association,    RAS Crane LLC,    10700 Abbotts Bridge Road,    Suite 170,
                 Duluth, GA 30097-8461
518099499      +U.S. Bank National Association, et al,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 PO Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517575915       EDI: GMACFS.COM Apr 30 2019 03:48:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
517571298      +EDI: GMACFS.COM Apr 30 2019 03:48:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
517571299       E-mail/Text: bankruptcy@pepcoholdings.com Apr 30 2019 00:27:07
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517571300       EDI: WFNNB.COM Apr 30 2019 03:48:00      Comenity Bank/Buckle,    PO Box 182789,
                 Columbus, OH 43218-2789
517571301       EDI: WFNNB.COM Apr 30 2019 03:48:00      Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
517571302      +EDI: WFNNB.COM Apr 30 2019 03:48:00      Comenity Bank/Pier 1,    PO Box 182789,
                 Columbus, OH 43218-2789
517571303       EDI: WFNNB.COM Apr 30 2019 03:48:00      Comenity Bank/Victoria Secret,    PO Box 182789,
                 Columbus, OH 43218-2789
517571304       EDI: RCSFNBMARIN.COM Apr 30 2019 03:48:00      Credit One Bank,    P.O. Box 98872,
                 Las Vegas, NV 89193-8872
517571308       EDI: IRS.COM Apr 30 2019 03:48:00      Internal Revenue Service,    P.O. Box 744,
                 Special Procedure Branch,    Springfield, NJ 07081
517688972       EDI: RESURGENT.COM Apr 30 2019 03:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,    FNBM, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517657727       EDI: MERRICKBANK.COM Apr 30 2019 03:48:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517571310       EDI: MERRICKBANK.COM Apr 30 2019 03:48:00      Merrick Bank,    PO BOx 9201,
                 Old Bethpage, NY 11804-9001
517612182       EDI: AGFINANCE.COM Apr 30 2019 03:48:00      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
517571313       EDI: AGFINANCE.COM Apr 30 2019 03:48:00      One Main Financial,    PO Box 1010,
                 Evansville, IN 47706-1010
518143309       EDI: PRA.COM Apr 30 2019 03:48:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518143310       EDI: PRA.COM Apr 30 2019 03:48:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517682825       EDI: Q3G.COM Apr 30 2019 03:48:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 19
```

```
District/off: 0312-1          User: admin               Page 2 of 2                  Date Rcvd: Apr 29, 2019
                              Form ID: 148              Total Noticed: 34
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517571307*        Internal Revenue Service,     Po Box 725 Special Procedures Fuction,    Springfield, NJ 07081
517571306*       +Internal Revenue Service,     PO Box 7346,    Philadelphia, PA 19101-7346
517747291*      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,      PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:    State of New Jersey,     Department of Treasury,
                   Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517592894      ##+Thomas DeVico,    66 Seigtown Road,     Cape May CourtHouse, NJ 08210-1423
                                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1
               bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@mccalla.com
              Melissa N. Licker    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 as
               serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com
              Seymour  Wasserstrum    on behalf of Debtor Dawn M DeVico mylawyer7@aol.com,   ecf@seymourlaw.net
              Sindi  Mncina    on behalf of Creditor    U.S. Bank National Association, as Trustee for Greenpoint
               Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 smncina@rascrane.com
              Sindi  Mncina    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT
               MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1 smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```