Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                               Case No.: 18−21265−ABA
                               Chapter: 13
                               Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawn M DeVico
   aka Dawne M DeVico
   8 Saddlewood Dr.
   Cape May Court House, NJ 08210

Social Security No.:
   xxx−xx−5652

Employer's Tax I.D. No.:

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 10, 2019</u>                   <u>Andrew B. Altenburg Jr.</u>
                                         Judge, United States Bankruptcy Court